IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LKQ CORPORATION, *et al.*,       )
                                 )
    Plaintiffs,              )
                                 )
v.                               )       CASE NO. 2:23-cv-27-RAH
                                 )
ALL CLEAR DIAGNOSTICS AND        )
CALIBRATION LLC,                 )
                                 )
    Defendant.               )

## ORDER

After careful review of the parties' *Joint Motion* (doc. 56), and for good cause, it is **ORDERED** as follows:

1.    The *Joint Motion for Entry of Proposed Consent Order and for the Court to Retain Jurisdiction for Purposes of Enforcing the Consent Order* (doc. 56) is **GRANTED**;

2.    The Consent Order (doc. 56-1) is **ADOPTED and APPROVED** as filed;

3.    Pursuant to the Consent Order, this matter is **STAYED** until further order of the Court;

4.    The Court retains jurisdiction for the purpose of enforcing the terms of the Consent Order through the end of the non-solicitation period;

5.    On or before **January 8, 2025**, the parties shall file a joint status report that sets forth whether all settlement payments have been made and the next steps in this matter.

**DONE** on this the 13th day of May 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE