IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LKQ CORPORATION, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:23-cv-00027-RAH |
| | ) |
| ALL CLEAR DIAGNOSTICS AND CALIBRATION LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the parties' *Joint Stipulation of Dismissal* (doc. 61), which comports with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is **ORDERED** that this action is **DISMISSED with prejudice** on the terms agreed to and set out by the parties.

All pending deadlines are terminated. The Clerk of the Court is **DIRECTED** to close the case.

DONE, on this the 10th day of January 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE